DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

VAUGHN W. MONGAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1240

_____

June 26, 2024

Appeal from the Circuit Court for Pinellas County; Chris Helinger, Judge.

Barry K. Taracks, of Taracks & Associates, Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Katherine Coombs Cline, Senior Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.


KELLY, BLACK, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.